**No. 11-64. Francarl Realty Corporation, et al., Petitioners v. Town of East Hampton, New York.**

565 U.S. 933, 132 S. Ct. 380, 181 L. Ed. 2d 240, 2011 U.S. LEXIS 6253.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 400 Fed. Appx. 605.

**No. 11-86. Anthony L. Ciocchetti, Petitioner v. United States.**

565 U.S. 933, 132 S. Ct. 380, 181 L. Ed. 2d 240, 2011 U.S. LEXIS 6590.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 422 Fed. Appx. 695.

**No. 11-101. Chapman Kelley, Petitioner v. Chicago Park District.**

565 U.S. 934, 132 S. Ct. 380, 181 L. Ed. 2d 240, 2011 U.S. LEXIS 6338.

October 3, 2011. Motion of Intellectual Property Law Association of Chicago for leave to file a brief as amicus curiae granted. Motion of Blane De St. Croix, et al. for leave to file a brief as amici curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 635 F.3d 290.

**No. 11-112. Minor L. McNeil, Petitioner v. Commissioner of Internal Revenue, et al.**

565 U.S. 934, 132 S. Ct. 381, 181 L. Ed. 2d 240, 2011 U.S. LEXIS 6578.

October 3, 2011. Petition for writ of certiorari before judgment to the United States Court of Appeals for the Eighth Circuit denied.